UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe, by and through his parents, James Doe and Jane Doe, | Court File No. 17-cv-5032 (DWF/FLN) |
| Plaintiffs, | **DEFENDANT SAINT PAUL CONSERVATORY FOR PERFORMING ARTISTS' MOTION TO DISMISS** |
| v. | |
| Saint Paul Conservatory for Performing Artists, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Defendant Saint Paul Conservatory for Performing Artists will move to dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6), at the date and time set forth in the Notice of Hearing on Motion filed today in the above-captioned matter.

This motion is based upon the issues presented herein, as well as Defendant's Memorandum of Law in Support of its Motion and on all of the files, pleadings and records in this action.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Respectfully Submitted,

**RATWIK, ROSZAK & MALONEY, P.A.**

Dated: November 28, 2017      By: s/Christian R. Shafer
    Christian R. Shafer (#387947)
    Timothy A. Sullivan (#391526)
    Ratwik, Roszak & Maloney, P.A.
    730 Second Avenue South, Suite 300
    Minneapolis, MN 55402
    Phone: (612) 339-0060
    Fax: (612) 339-0038
    crs@ratwiklaw.com
    tas@ratwiklaw.com

*Attorneys for Defendant Saint Paul Conservatory for Performing Artists*

RRM: 276654